United States District Court
District of Colorado

07-cv-02420

Jeremy V. Pinson,
    Petitioner,

v.

Sara Revell, et al.,
    Respondents,

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 9 - 2007

GREGORY C. LANGHAM
CLERK

Motion and Affidavit for leave to proceed
Pursuant to 28 USC 1915

Comes Now the Petitioner and moves for permission to proceed without pre-payment of costs or fees pursuant to 28 USC 1915 And states as follows:

1. I am a pauper and cannot prepay the costs of this action.

2. I have no assets with which to provide security for the costs of this action.

Page -01-

3. The balance of my prisoner account is $0.66 (see attached certification + printout).

Wherefore for the reasons stated herein I pray for permission to proceed in forma pauperis.

*Jeremy Pinson* (signature)

Jeremy Pinson

InmateStatementCombined

Page 1 of 1

## Inmate Statement

| Inmate Reg #: | 16267064 | Current Institution: | Florence USP |
| --- | --- | --- | --- |
| Inmate Name: | PINSON, JEREMY | Housing Unit: | FLP-Z-A |
| Report Date: | 10/19/2007 | Living Quarters: | Z04-235LDS |
| Report Time: | 8:12:43 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| FLP | 10/18/2007 9:32:39 AM | 22 | | | Sales | ($29.55) | | $0.66 |
| FLP | 10/13/2007 5:00:51 AM | 70193501 | | | Lockbox - CD | $30.00 | | $30.21 |
| FLP | 10/4/2007 4:18:11 AM | TX1004071 | | | Transfer - In from TRUFACS | $0.21 | | $0.21 |

Total Transactions: 3

Totals: $0.66   $0.00

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| FLP | $0.66 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.66 |
| Totals: | $0.66 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.66 |

[signature]

AUTHORIZED BY THE ACT OF JULY 7, 1955,
TO ADMINISTER OATHS (18 USC 4004)

This inmate has an average 6 months deposit of $5.00
average 6 months balance of $5.19
Current balance $0.66