# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. __07-CV-02420-BNB__
(To be supplied by the court)

__Jeremy V. Pinson__, Plaintiff,

v.

__Sara M. Revell__,

__Michael K. Nalley__,

__Harley G. Lappin__,

_____,

_____,

_____,

_____,

_____, Defendant(s).

(List each named defendant on a separate line.)

## PRISONER COMPLAINT

(Rev. 1/30/07)

## A. PARTIES

1. Jeremy V. Pinson, #16267-064   PO Box 7000
   (Plaintiff's name, prisoner identification number, and complete mailing address)
   Florence Colorado 81226-7000

2. Sara M. Revell - Warden - PO Box 7500
   (Name, title, and address of first defendant)
   Florence Colorado 81226
   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? __ Yes _X_ No (CHECK ONE). Briefly explain your answer:
   She is a federal employee

3. Michael K. Nalley - Regional Director - BOP
   (Name, title, and address of second defendant)
   Gateway Tower II, 8th Floor, Kansas City, KS, 66101-2492
   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? __ Yes _X_ No (CHECK ONE). Briefly explain your answer:
   He is a federal employee

4. Hurley G. Lappin - Director - Bureau of Prisons
   (Name, title, and address of third defendant)
   320 First St. NW, Rm. 841, Washington, D.C., 20534
   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? __ Yes _X_ No (CHECK ONE). Briefly explain your answer:
   He is a federal employee

(If you are suing more than three defendants, use extra paper to provide the information requested above for each additional defendant. The information about additional defendants should be labeled "A. PARTIES.")

(Rev. 1/30/07)

2

## B. JURISDICTION

1. I assert jurisdiction over my civil rights claim(s) pursuant to: (check one if applicable)

   ___ 28 U.S.C. § 1343 and 42 U.S.C. § 1983 (state prisoners)

   _X_ 28 U.S.C. § 1331 and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal prisoners)

2. I assert jurisdiction pursuant to the following additional or alternative statutes (if any):

   28 USC 1361

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case. If more space is needed to describe the nature of the case, use extra paper to complete this section. The additional allegations regarding the nature of the case should be labeled "C. NATURE OF THE CASE."

On 5-25-2006 pursuant to a writ of habeas corpus ad testificandum the Plaintiff testified for the state of Oklahoma against Jackie D. Ruble who was accused of murdering an inmate in 2005 in a prison where he and Plaintiff were housed. The murder was gang related and Mr. Ruble is known as a "Crip". (see attached exhibits). In 5-2-2007 the Plaintiff entered federal custody. On 5-14-2007 another inmate named Joshua Henson who knew of the previous testimony spread this information to other inmates and Plaintiff was assaulted on 5-18-07 at USP Beaumont, Texas. On 6-7-07 the plaintiff was placed in segregation and moved on 10-3-07 to USP-Florence Colorado. On 10-14-2007 fearing further assault the Plaintiff turned over a homemade weapon to force placement in segregation (see exhibit C). Inmates have threatened to kill the Plaintiff or send letters to other US penitentiaries to get him kill.

(Rev. 1/30/07)

3

## D. CAUSE OF ACTION

State concisely every claim that you wish to assert in this action. For each claim, specify the right that allegedly has been violated and state all supporting facts that you consider important, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific cases to support your claim(s). If additional space is needed to describe any claim or to assert more than three claims, use extra paper to continue that claim or to assert the additional claim(s). The additional pages regarding the cause of action should be labeled "D. CAUSE OF ACTION."

1. Claim One: __Violation of 8th Amendment__

   Supporting Facts:

   1. The Defendants were deliberately indifferent to Plaintiff's safety when they put him in general population at USP-Florence.

   2. The Defendants continue to ignore compelling evidence of an existing threat to Plaintiff's safety.

   3. The emotional strain of being put in danger has caused plaintiff to need psychiatric medication for anxiety.

   4. Plaintiff's emotional trauma is as an approximate result of Defendant's actions.

(Rev. 1/30/07)                           4

2. Claim Two: _____N/A_____

    Supporting Facts:

3. Claim Three: _____ N/A _____

    Supporting Facts:

## E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? X Yes ___ No (CHECK ONE). If your answer is "Yes," complete this section of the form. If you have filed more than one lawsuit in the past, use extra paper to provide the necessary information for each additional lawsuit. The information about additional lawsuits should be labeled "E. PREVIOUS LAWSUITS."

1. Name(s) of defendant(s) in prior lawsuit: _John Whetsel, et al.;_

2. Docket number and court name: _CIV-07-572-F   U.S. District Court Western District of Okla._

3. Claims raised in prior lawsuit: _5th + 8th Amendment violations_

4. Disposition of prior lawsuit (for example, is the prior lawsuit still pending? Was it dismissed?): _Still Pending_

5. If the prior lawsuit was dismissed, when was it dismissed and why? _N/A_

6. Result(s) of any appeal in the prior lawsuit: _N/A_

## F. ADMINISTRATIVE RELIEF

1. Is there a formal grievance procedure at the institution in which you are confined?
   X Yes ___ No (CHECK ONE).

2. Did you exhaust available administrative remedies? ___ Yes X No (CHECK ONE).

(Rev. 1/30/07)                              7

## G. REQUEST FOR RELIEF

State the relief you are requesting. If you need more space to complete this section, use extra paper. The additional requests for relief should be labeled "G. REQUEST FOR RELIEF."

① Writ of mandamus compelling defendants to take necessary measures to ensure Plaintiff is safe.

② Injunction barring defendant's from recklessly endangering plaintiff in the future.

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on  11-26-2007
             (Date)

_____
(Prisoner's Original Signature)

(Rev. 1/30/07)                    8