IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02420-BNB

JEREMY V. PINSON,

    Plaintiff,

v.

SARA M. REVELL,
MICHAEL K. NALLEY, and
HARLEY G. LAPPIN,

    Defendants.

---

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    The "Motion to Withdraw Motion to Dismiss" submitted to and filed with the Court by Plaintiff, Jeremy V. Pinson, on December 13, 2007, is GRANTED. Therefore, the "Motion to Dismiss" that Plaintiff submitted to and filed with the Court on December 4, 2007, is DENIED as moot. Mr. Pinson's December 18, 2007, request for a copy of the docket sheet in this case is GRANTED.

Dated: December 26, 2007

---

Copies of this **Minute Order, and docket sheet** were mailed on December 26, 2007, to the following:

Jeremy Pinson
Reg. No. 16267-064
USP – Florence
PO Box 7000
Florence, CO 81226

                                                  Secretary/Deputy Clerk