IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-02420-MSK-BNB

JEREMY V. PINSON,

    Plaintiff,
v.

SARA M. REVELL,
MICHAEL K. NALLEY, and
HARLEY G. LAPPIN,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
COLORADO

JAN 1 0 2008

C. LANGHAM
CLERK

---

### ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, the Motion for Preliminary Injunction [#12], and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint and *Motion for Preliminary Injunction* as provided for in the

Federal Rules of Civil Procedure after service of process on the defendants.

DATED this 9th day of January, 2008.

BY THE COURT:

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02420-MSK-BNB

Jeremy V. Pinson
Reg. No. 16267-064
USP - Florence
PO Box 7000
Florence, CO 81226

Sara M. Revel – **WAIVER***
c/o Christopher B. Synsvoll
Attorney Advisor
**DELIVERED ELECTRONICALLY**

Michael K. Nalley, Regional Director - **CERTIFIED**
North Central Regional Office
Gateway Complex, Tower II
400 State Ave.
Kansas City, KS 66101

Harley G. Lappin, Director - **CERTIFIED**
Federal Bureau of Prisons
320 First Street, N.W.
Washington, D.C. 20534

United States Attorney General - **CERTIFIED**
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C. 20530

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Chris Synsvoll for service of process on Sara M. Revell; to the Michael K. Nalley, Regional Director North Central Regional Office; to the Harley G. Lappin, Director Federal Bureau of Prisons; to The United States Attorney General; and to the United States Attorney's Office: AMENDED COMPLAINT FILED 12/13/07, MOTION FOR PRELIMINARY INJUNCTION FILED 12/14/07, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 1/10/08.

GREGORY C. LANGHAM, CLERK

By: _____
           Deputy Clerk