IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02420-MSK-BNB

JEREMY V. PINSON,

    Plaintiff,

v.

SARA M. REVELL,
MICHAEL K. NALLEY, and
HARLEY G. LAPPIN,

    Defendants.

---

## ORDER

---

THIS MATTER comes before the Court on Defendants' Motion to Set Deadline to Respond to the Complaint (Motion) **(#33)**. Having reviewed the Motion,

**IT IS HEREBY ORDERED THAT** the motion is **GRANTED**. Defendants' Answer or other responsive pleading to Plaintiff's Prisoner Complaint is due no later than **March 10, 2008.**

DATED this 30th day of January, 2008.

                                          **BY THE COURT:**

                                          Marcia S. Krieger
                                          United States District Judge