IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02420-MSK-BNB

JEREMY V. PINSON,

Plaintiff,

v.

SARA M. REVELL,
MICHAEL K. NALLEY, and
HARLEY G. LAPPIN,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Motion to Withdraw Dismissal Pleading** [docket no. 30, filed January 24, 2008] and **Motion to Dismiss Suit** [docket no. 18, filed January 4, 2008] (the "Motions").

      IT IS ORDERED that the Motion to Withdraw Dismissal Pleading [docket no. 30] is GRANTED. The Motion to Dismiss Suit [docket no. 18] is DENIED AS MOOT.


DATED: February 6, 2008