IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02420-MSK-BNB

JEREMY V. PINSON,

Plaintiff,

v.

SARA M. REVELL,
MICHAEL K. NALLEY, and
HARLEY G. LAPPIN,

Defendants.

_____

## ORDER

_____

This matter is before me on the plaintiff's **Motion to Proceed Without Payment of Initial Partial Filing Fee** [Doc. #19, filed 1/4/08]. On December 18, 2007, the plaintiff was granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 [Doc. #15]. He was ordered to pay an initial partial filing fee of $11.00 and to thereafter make monthly payments of 20% of his preceding month's income or show cause each month why he has no assets and no means by which to make the monthly payment. The plaintiff seeks leave to proceed without payment of his initial partial filing fee.

IT IS ORDERED that the Motion is GRANTED. The plaintiff may proceed without payment of his initial partial filing fee.

IT IS FURTHER ORDERED that the plaintiff remains obligated to pay the full amount of his $350.00 filing fee. The plaintiff shall make his monthly payments or show cause why he

cannot as directed in my order of December 18, 2007. Failure to comply with the payment

obligations may result in dismissal of this case.

Dated February 7, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge