IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-02420-MSK-BNB

JEREMY V. PINSON,

    Plaintiff,
v.

SARA M. REVELL,
MICHAEL K. NALLEY, and
HARLEY G. LAPPIN,

    Defendants.

_____

**ORDER GRANTING MOTION TO DISMISS**
_____

**THIS MATTER** comes before the Court pursuant to the Plaintiff's Motion to Dismiss (**# 54**). Purusant to Fed. R. Civ. P. 41(a)(2), upon the indication that the parties have resolved this action, the Plaintiff's Motion is **GRANTED**. The Clerk of the Court shall close this case.

Dated this 8th day of February, 2008

                                            **BY THE COURT:**

                                            Marcia S. Krieger
                                            United States District Judge